IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RILEY Q. LINDEN,

                 Plaintiff,

vs.

NANCY A. BERRYHILL,[1] Acting
Commissioner of the Social Security
Administration,

                 Defendant.

7:15-CV-5005

MEMORANDUM AND ORDER

This matter is before the Court upon Plaintiff's Application for Attorney Fees Pursuant under the Equal Access to Justice Act (filing 21). *See* 28 U.S.C. § 2412(d). The defendant has no objection to awarding of fees and expenses in the amount of $5,965.83, which represents 1.8 hours of work at a rate of $195.80 per hour, 5 hours of work at an hourly rate of $192.68, and 31 hours of work at an hourly rate of $150.[2] Filing 22.

The Court has determined that plaintiff was the prevailing party in this action, as the Commissioner's decision was reversed and the case was remanded to the Commissioner for further proceedings; that the application for fees was filed in a timely fashion;[3] and that the position of the

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security and will be automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).

[2] The maximum hourly fee of $125 specified in 28 U.S.C. § 2412(d)(1)(D)(2)(A) was adjusted to account for inflation. *See* filing 21-1 at 2-3, 9.

[3] An Equal Access to Justice Act application based on a district court judgment remanding a case pursuant to sentence four of 42 U.S.C. § 405(g) must be filed no later than 30 days after the sentence four judgment has been entered and the appeal period has run such that

Commissioner was not substantially justified because the administrative law judge failed to develop the record and made findings that were not supported by medical evidence. *See Koss v. Sullivan,* 982 F.2d 1226 (8th Cir. 1993). Therefore, the plaintiff is entitled to an award of attorney fees.

IT IS ORDERED:

1.    The Clerk of the Court is directed to substitute Acting Commissioner of Social Security Nancy A. Berryhill as the defendant.

2.    Plaintiff's Application for Attorney Fees Pursuant under the Equal Access to Justice Act (filing 21) is granted.

3.    By separate document, the Court shall enter judgment for the plaintiff and against the defendant providing that the plaintiff is awarded attorney fees of $5,965.83.

Dated this 26th day of July, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge

---

the judgment is no longer appealable. *See Pottsmith v. Barnhart,* 306 F.3d 526, 527-28 (8th Cir. 2002); *see also Shalala v. Schaefer,* 509 U.S. 292, 302 (1993); *Melkonyan v. Sullivan,* 501 U.S. 89, 94-97 (1991).